File Hashes for IP Address 24.15.167.84

**ISP:** Comcast Cable
**Physical Location:** Plainfield, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/26/2013 16:14:45 | 606F8A70BD1B3D378C0971F23762E361288D3C96 | Tuesday Morning |
| 02/11/2013 12:17:12 | F24892FB45F1A451482A13409A99ECCC9BC42A30 | Angie VIP Lounge |
| 02/11/2013 05:55:24 | 488A0F27CB97745A6772353E34FA19E702DADE29 | Afternoon Picnic |
| 02/09/2013 05:39:16 | D8B57414779137FA51F91E847F28C659ED331B7D | My Best Friends Boyfriend |
| 02/09/2013 05:17:19 | 98DE457F485C12DBD49609127F6CB2CBBE0E082F | Deep Longing |
| 02/09/2013 04:10:47 | A84A167A3FE7AF87B42E92461AE0B94993D9A88B | Yoga Master and Student |
| 02/09/2013 01:17:06 | 5BDD74031842A0D4A6F3C19599D0D18F5732ABE4 | Constance Aaron X–Art on TV |
| 02/08/2013 21:57:23 | A09F66585A6343EA01C5075278C3D0483151B224 | Want You |
| 02/07/2013 13:30:18 | 30E33CAF06C33C11CBDFDB75045976508A9A22B9 | Seeing Double |
| 01/22/2013 18:21:46 | E69A377A0727C21DD9B11FC855D061E5B1E3BF95 | A Little Rain Must Fall |
| 01/16/2013 14:52:45 | 9C9A726B910173C5832A29A3DD6BDFAF64661221 | Warm Inside |
| 01/16/2013 14:42:33 | 984EB6DB0CEE90D435E86036ECBA42618A3FE7E8 | Tiffany Teenagers In Love |
| 01/04/2013 20:57:35 | C01108288532DECF4A4A37401648C4FB1874E2CA | Mutual Orgasm |
| 01/04/2013 13:46:03 | 99B8BAA515E89ECC908B20F1CEA2218BFA2690BC | Morning Desires |
| 12/30/2012 16:43:57 | 6FCC95DEE29D91BE5BC85728D13D186C7A77A057 | Together Again |
| 12/27/2012 20:10:21 | 8CE645CB1D0F5009C20CE230F0B98842A9E7DA35 | Sent from Heaven |
| 12/27/2012 20:10:09 | 1115E0A060DDA1EF75C04E07F14A7F45A42CD323 | A Girls Fantasy |
| 12/19/2012 11:28:43 | 036BE03A1983921508EC7F1F70C89FBA37E07F32 | Unforgettable View #2 |
| 12/19/2012 11:21:24 | 5D6D213C204DB01AFAC30C9FA3E8017A201DF3D6 | Lipstick Lesbians |
| 12/19/2012 03:57:55 | 973BDC37574156AC6303C5ECD79B36FEA18A2A79 | A Love Story |
| 12/17/2012 23:28:19 | 75FCC3B8A30ADF28BBF215471C4A2325A61C977F | Miss Me Not |
| 12/09/2012 10:14:38 | 1A8F58A104B023907BC5FB69AC059C273DF1E7BE | Introducing Angelica |
| 12/09/2012 04:40:49 | B681FFAF4CD98AB62A1F559D364DEA00A23D4D32 | Waterfall Emotions |

EXHIBIT A

NIL53

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/08/2012 21:53:49 | EF90DAADA12ADD35B04CF95AB2ECD622AC46798A | Inside Perfection |
| 12/08/2012 21:48:37 | BEB7F400B186CAB6E2D532ABC9402A07676EF523 | Unforgettable View #1 |
| 12/01/2012 06:29:37 | 2C1EA8F86C9FE050C47CBE365F281C1B9EF06D15 | Caprice Tropical Vibe |
| 12/01/2012 06:18:34 | 3C8A08543AFC589AD77EEACE455571CA8552EBBC | Lovely Lovers |
| 12/01/2012 00:56:24 | 5C3FC116D6D9E8449C2539686B921642722608D5 | Heart and Soul |
| 11/30/2012 23:10:14 | 7543FC0B962821AC118B9A75D0E290558FF884BA | Leila Faye Awesome Threesome |
| 11/04/2012 11:03:38 | 636186AE86D15A8ECFDDD2FF5F13D828F0193AE5 | Introducing Kaylee |
| 11/04/2012 04:55:06 | CA6DF4E11F8ABC2ABA9FA3EC717FB60A47A9F090 | Still With Me |
| 11/03/2012 17:31:38 | 50E2323C100F79C497C6D76861669408E9941EAA | Happy Couple |
| 11/03/2012 16:46:25 | C18127593D8AB4FD66D10C6E2B0E3BA593F60FA7 | Teenage Dream |
| 10/29/2012 19:56:39 | B7344FE1995C1E5DA04719E5E14763C616DF3F0D | Silver Bullets |
| 10/29/2012 19:53:01 | 3F0FE954E03E4AA7FE7786CD9C8EA9CCBAFDDBC0 | Foot Fetish |
| 10/29/2012 19:40:50 | 12C550B6A8F927D0D4576FB3368103AB64FA6683 | Sunday Afternoon |
| 10/29/2012 13:37:51 | 6BA13E2361A3570383D1D799F8BE141A324665F4 | Backdoor Lover |
| 10/29/2012 13:35:44 | C6A785DC36962DC285D77EAE0E8CC52827424BD1 | Pure Passion |
| 10/29/2012 07:33:52 | F5F9ADA136D58CF67A02A1E2A8D89D3ED8F86703 | Stay With Me |
| 10/27/2012 17:28:06 | A6EB14E87E454CA43454D196146E802392704DF8 | Girls Night Out |
| 10/27/2012 16:43:17 | 771B0EE8AAAD695EF9C39516590B2BC8786BACA13 | A Day to Remember |
| 10/19/2012 13:01:30 | A188A532FE3719B4C679A230407372A779A3B53C | Young Passion |
| 10/17/2012 11:13:23 | A0FB13A2FDEE4CCDB685B0BA2F00ECAA3026D44D | The Rich Girl Part #2 |
| 10/17/2012 10:45:53 | 286EE118AC12256B52C458EAEF28DDF9996080F5 | MaryJane Young Love |
| 09/26/2012 07:38:19 | 9F36398B85AFCAAA99F8614EB217986A54232BBE | Three for the Show |
| 09/18/2012 22:57:13 | 77E00754AC9EB6D7AE8F32FFD3E46D85A5347698 | Amazing Grace |
| 09/16/2012 22:39:20 | 05595C0FBC68C890533362438A8FD4E4C845CB2E | Threes Company |
| 09/01/2012 18:01:44 | CD2E43486986179D735FFCA7E49FD2B769C20555 | Perfect Together |
| 08/26/2012 16:15:58 | 149B621A7854AD4251012BDA94681F3C21D72DE8 | Unbelievably Beautiful |
| 08/26/2012 16:13:54 | B99C50D1E0CFDB65211D407502CE7ABF4C984568 | This Side of Paradise |

EXHIBIT A

NIL53

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/04/2012 13:50:34 | 4ACE9B6A3A48D5691E64F3028616BE90464D6C69 | Inspiration |
| 07/16/2012 04:06:28 | 8D665D1436F840FCA7F537ABD9C39B55C3801698 | Dream Come True |
| 06/24/2012 05:47:41 | ABB4D875A7302BB7E9F1FE3F73070F86C1F970AA | Strawberry Blonde |
| 05/29/2012 09:02:13 | CD4D05FD81EB6EE341895FB3FB26575371FAFE1C | Romantic Memories |
| 05/26/2012 16:22:38 | EA1E6AE4D6A32559A46D2005846FD8C3120A6A21 | LA Love |
| 05/21/2012 22:40:54 | C14EE70A7C85131AF0A6438934259D9BFE10ECCC | Pretty Back Door Baby |
| 05/07/2012 05:19:52 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 04/24/2012 09:40:28 | 42026D0308793B4507D2B5DA5C1F3BD1256B5B92 | Slow Motion |
| 04/18/2012 05:03:42 | 79C5A8651899D2204E83B4632B16DA64ADD38C0E | Breakfast in Bed |
| 04/16/2012 00:08:10 | 98C024DA66EF6914F58EDADBFB24BBF19BC2565F | Roommates |
| 04/11/2012 00:04:31 | C951C808D085E8A628CCDF5A3CB0DDCA70AB8123 | Wild at Heart |
| 03/29/2012 13:09:23 | 8E652A4691B89D82EED34742C10B8CB852DA467D | Paradise Found |
| 03/19/2012 04:22:38 | 75F3E8A3559488C68F5EE0A0BFF52E24C9ABD1A1 | Blonde Ambition |
| 03/09/2012 17:14:25 | CF64181DA508E91AD249098AA25261B2D1ECE9BD | Heavenly Brunettes |
| 03/03/2012 13:14:59 | 43A0A89F4DB827F203208EA0D475432958B6BF29 | Like The First Time |
| 03/01/2012 16:20:54 | 81F552284C67B808313EAB4BDCE0339BB2FC7DF9 | Introducing Veronika |
| 03/01/2012 15:10:21 | 0FA534118B681C0739E2615C8F34384CBDF981E3 | Carla Intimate |
| 02/19/2012 03:55:17 | 56CE512C0B0AD8028A6DA534A824692BE3229864 | Carmen An Afternoon to Remember |
| 01/27/2012 10:25:23 | 00503EF80C3B53060885240C43C869C9889BE623 | Carmen Poolside Striptease |
| 01/20/2012 15:59:24 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Anneli Leila Menage A Trois |
| 01/08/2012 15:57:57 | EFAB0E91538B8BB08E6E234D73401C0B4BE0081A | Angel Seaside Romp |
| 01/02/2012 15:06:16 | 3DFF2D04888C2B6B2442E9B9171F0F840D90EC14 | Carlie Beautiful Blowjob |

**Total Statutory Claims Against Defendant: 72**

EXHIBIT A

NIL53