**Copyrights-In-Suit for IP Address 24.15.167.84**

**ISP:** Comcast Cable
**Location:** Plainfield, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/27/2012 |
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 12/27/2012 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/22/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/19/2012 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/11/2013 |
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 09/18/2012 |
| Angel Seaside Romp | PA0001771528 | 01/04/2012 | 01/06/2012 | 01/08/2012 |
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 02/11/2013 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 01/20/2012 |
| Backdoor Lover | PA0001785958 | 08/03/2011 | 04/09/2012 | 10/29/2012 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 03/19/2012 |
| Breakfast in Bed | PA0001787253 | 04/16/2012 | 04/17/2012 | 04/18/2012 |
| Caprice Tropical Vibe | PA0001776802 | 12/09/2011 | 02/21/2012 | 12/01/2012 |
| Carla Intimate | PA0001778767 | 02/24/2012 | 02/27/2012 | 03/01/2012 |
| Carlie Beautiful Blowjob | PA0001762079 | 03/26/2010 | 11/21/2011 | 01/02/2012 |
| Carmen An Afternoon to Remember | PA0001775902 | 02/13/2012 | 02/17/2012 | 02/19/2012 |
| Carmen Poolside Striptease | PA0001771672 | 01/09/2012 | 01/17/2012 | 01/27/2012 |
| Constance Aaron X–Art on TV | PA0001771707 | 12/02/2011 | 01/17/2012 | 02/09/2013 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/15/2013 | 02/09/2013 |
| Dream Come True | PA0001800356 | 07/13/2012 | 07/20/2012 | 07/16/2012 |
| Foot Fetish | PA0001793970 | 06/20/2012 | 06/21/2012 | 10/29/2012 |
| Girls Night Out | PA0001762409 | 11/14/2011 | 11/23/2011 | 10/27/2012 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 11/03/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 12/01/2012 |
| Heavenly Brunettes | PA0001780766 | 03/07/2012 | 03/14/2012 | 03/09/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/08/2012 |
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 08/04/2012 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 12/09/2012 |
| Introducing Kaylee | PA0001783646 | 04/01/2012 | 04/03/2012 | 11/04/2012 |
| Introducing Veronika | PA0001776801 | 02/17/2012 | 02/21/2012 | 03/01/2012 |
| LA Love | PA0001790458 | 03/22/2010 | 05/23/2012 | 05/26/2012 |
| Leila Faye Awesome Threesome | PA0001776804 | 02/02/2011 | 02/21/2012 | 11/30/2012 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 03/03/2012 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 12/19/2012 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Lovely Lovers | PA0001787330 | 04/18/2012 | 04/18/2012 | 12/01/2012 |
| MaryJane Young Love | PA0001762404 | 08/15/2011 | 11/23/2011 | 10/17/2012 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 12/17/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/04/2013 |
| Mutual Orgasm | PA0001783357 | 03/09/2011 | 03/25/2012 | 01/04/2013 |
| My Best Friends Boyfriend | PA0001789510 | 03/28/2011 | 05/11/2012 | 02/09/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 05/07/2012 |
| Paradise Found | PA0001783362 | 03/25/2012 | 03/26/2012 | 03/29/2012 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 09/01/2012 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 05/21/2012 |
| Pure Passion | PA0001780473 | 06/03/2011 | 03/10/2012 | 10/29/2012 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 05/29/2012 |
| Roommates | PA0001786265 | 04/10/2012 | 04/11/2012 | 04/16/2012 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/07/2013 |
| Sent from Heaven | PA0001819295 | 12/21/2012 | 12/31/2012 | 12/27/2012 |
| Silver Bullets | PA0001790373 | 05/13/2012 | 05/16/2012 | 10/29/2012 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 04/24/2012 |
| Stay With Me | PA0001780465 | 10/28/2011 | 03/10/2012 | 10/29/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/04/2012 |
| Strawberry Blonde | PA0001794450 | 06/22/2012 | 06/25/2012 | 06/24/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 10/29/2012 |
| Teenage Dream | PA0001791491 | 05/29/2012 | 06/01/2012 | 11/03/2012 |
| The Rich Girl Part #2 | PA0001762808 | 11/16/2011 | 11/30/2011 | 10/17/2012 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 08/26/2012 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 09/26/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 09/16/2012 |
| Tiffany Teenagers In Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 01/16/2013 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 12/30/2012 |
| Tuesday Morning | PENDING | 02/26/2013 | 02/28/2013 | 02/26/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 08/26/2012 |
| Unforgettable View #1 | PA0001817759 | 12/07/2012 | 12/16/2012 | 12/08/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/19/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 02/08/2013 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/16/2013 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/09/2012 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 04/11/2012 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 02/09/2013 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 72**

EXHIBIT B

NIL53