## Expanded Surveillance of IP Address 24.15.167.84

**ISP:** Comcast Cable
**Location:** Plainfield, IL

| Hit Date UTC | Filename |
|---|---|
| 03/07/2013 | The.Walking.Dead.S03E11.HDTV.XviD-AFG |
| 03/07/2013 | The.Walking.Dead.S03E10.HDTV.x264-2HD.mp4 |
| 03/06/2013 | prnfle1695x.avi |
| 03/05/2013 | The.Walking.Dead.S03E09.HDTV.x264-2HD |
| 03/04/2013 | ?????.??????-Savages.[UNRATED].(2012).[H.264].BDRip.mkv |
| 03/03/2013 | Playboy HU 2012 - 11.pdf |
| 03/03/2013 | Identity.Thief.2013.READNFO.HDRip.XviD-HELLRAZ0R |
| 03/02/2013 | American.Idol.S12E14.HDTV.x264-2HD.mp4 |
| 03/02/2013 | Spartacus.S03E05.HDTV.x264-2HD.mp4 |
| 03/02/2013 | Indigo Augustine - Anal Virgin No Longer HD 720p |
| 03/02/2013 | Playboy - Hot Temptress (2013) [1080p].mp4 |
| 03/01/2013 | World Riddles Animals - Puzzle RizinShadow |
| 03/01/2013 | prnfle1741x.wmv |
| 02/28/2013 | Naruto 3.xbox.360 |
| 02/27/2013 | Justified.S04E08.HDTV.x264-2HD.mp4 |
| 02/26/2013 | The.Following.S01E06.HDTV.XviD-AFG |
| 02/26/2013 | SKRILLEX Triple Vinyl Box Set (vinyl) 320kps |
| 02/26/2013 | Nuts - March 1 2013 |
| 02/26/2013 | Bunheads.S01E18.HDTV.x264-2HD.[VTV].mp4 |
| 02/26/2013 | The Cataracs - Alcohol Remix ft. Sk |
| 02/25/2013 | Playboy - Jackie Dawn HD 1080p |
| 02/25/2013 | Modern.Family.S04E16.HDTV.x264-LOL.mp4 |
| 02/25/2013 | VA-Top_30_Dance_Club_Play_16.02.2013_(2013) |
| 02/25/2013 | Leia.Christiana.Sexy.Throwback.Plus.Playboy.2013.FullHD_iyutero.com.mp4 |
| 02/25/2013 | Stay - (Feat. PolyMatrix-Retouch).m4a |
| 02/25/2013 | Metal.Gear.Rising.Revengeance.XBOX360-MARVEL |
| 02/24/2013 | Playboy - Elena Romanova HD 1080p |
| 02/24/2013 | KISS FM 40 Club [Mp3][www.lokotorrents.com] |
| 02/24/2013 | Playboy - Kelsey Ann HD 1080p |
| 02/23/2013 | Crysis 3 XBOX360-iMARS (SilverTorrent) |
| 02/23/2013 | Pitbull-Baby_Let_Me_See_Ya-(Bootleg)-2013-H3X |
| 02/22/2013 | Maroon 5 Overexposed 2012 Album NL |
| 02/22/2013 | Crysis.3.XBOX360-iMARS[rarbg] |
| 02/22/2013 | Red.Dawn.2012.DVDRip.XviD-SPARKS |
| 02/22/2013 | The.Americans.2013.S01E04.HDTV.x264-LOL.mp4 |

EXHIBIT C

NIL53

| Hit Date UTC | Filename |
|---|---|
| 02/22/2013 | Photoshop User Mar–13.pdf |
| 02/22/2013 | Californication.S06E06.HDTV.x264-EVOLVE.mp4 |
| 02/22/2013 | Workaholics.S03E16.HDTV.x264-ASAP.mp4 |
| 02/22/2013 | KBL_Kill_Bin_Laden |
| 02/22/2013 | Modern.Family.S04E16.HDTV.XviD-AFG |
| 02/20/2013 | Hot Blonde Teen |
| 02/20/2013 | Gears.of.War.Judgment.XBOX360.RF.ISO-ALI213 |
| 02/20/2013 | The.Following.S01E05.HDTV.XviD-AFG |
| 02/19/2013 | Touch.S02E03.HDTV.XviD-AFG |
| 02/16/2013 | Aliens.Colonial.Marines.XBOX360-COMPLEX |
| 02/16/2013 | The.Following.S01E04.HDTV.x264-LOL.mp4 |
| 02/14/2013 | Stay Feat Mikky Ekko.mp3 |
| 02/12/2013 | My Tunes |
| 02/12/2013 | Star Wars The Clone Wars HDTV S05E13 720p AVCHD-SC-SDH |
| 02/12/2013 | The.Walking.Dead.S03E09.HDTV.x264-2HD.[VTV].mp4 |
| 02/12/2013 | PPG153_s04_720.mp4 |
| 02/12/2013 | The.Simpsons.S24E12.HDTV.x264-LOL.mp4 |
| 02/11/2013 | Passion HD – Secret Valentine – Lacey [HD 1080p] [mp4] |
| 02/11/2013 | prnfle1538x.mov |
| 02/11/2013 | x-art_mary_anneli_afternoon_picnic_1080-chkm8te.mov |
| 02/11/2013 | Saturday.Night.Live.S38E13.Justin.Bieber.HDTV.x264-FQM.mp4 |
| 02/11/2013 | Varierande Artister_Rolands K?cka Sommarbitar |
| 02/11/2013 | Californication.S06E04.HDTV.x264-2HD.mp4 |
| 02/10/2013 | Star.Wars.The.Clone.Wars.S05E17.Sabotage.WEB-DL.x264.AAC |
| 02/09/2013 | X-Art – Deep Longing – Eufrat, Angelica [1080p].mov |
| 02/09/2013 | Touch.S02E01.HDTV.x264-LOL.mp4 |
| 02/09/2013 | Sweet Pain |
| 02/09/2013 | Touch.S02E02.HDTV.x264-LOL.mp4 |
| 02/09/2013 | X-Art.13.01.15.Baby.Want.You.XXx |
| 02/09/2013 | The Knife – Hannah Med H |
| 02/09/2013 | Spartacus.S03E03.HDTV.x264-2HD.mp4 |
| 02/09/2013 | prnfle1474x.mov |
| 02/08/2013 | passionhd_karlie_totw_1080.wmv |
| 02/08/2013 | mattix_-_bli_som_forr.mp3 |
| 02/08/2013 | X-Art.13.01.18.Mira.Yoga.Master.And.Student.XXx |
| 02/08/2013 | prenticehall.ebooks.2005.08 |
| 02/08/2013 | prnfle1501x.mov |
| 02/07/2013 | Modern.Family.S04E14.HDTV.x264-LOL.mp4 |
| 02/07/2013 | X-Art – Seeing Double – Addison, Gianna [720p].wmv |
| 02/07/2013 | Passion-HD.13.01.16.Leony.Fruits.Of.Passion.XXx |
| 02/07/2013 | The Americans 2013 S01E02 HDTV x264-LOL[ettv] |

EXHIBIT C

NIL53

| Hit Date UTC | Filename |
|---|---|
| 02/03/2013 | Dead Space 3 XBOX360 - P2P |
| 02/01/2013 | The.Americans.S01E01.HDTV.x264-2HD.[VTV].mp4 |
| 02/01/2013 | X-Art - Working Out Together - Kristen [1080p].mov |
| 02/01/2013 | Justified.S04E04.HDTV.x264-ASAP.mp4 |
| 02/01/2013 | Michael Connelly -2003- Mörkare än natten |
| 02/01/2013 | Californication.S06E03.HDTV.x264-ASAP.mp4 |
| 02/01/2013 | The Americans S01E01 HDTV XviD-SaM[ettv] |
| 02/01/2013 | Spartacus.S03E01.HDTV.x264-EVOLVE.mp4 |
| 01/30/2013 | [Coalgirls]_Hunter_X_Hunter_59_(1280x720_H.264_AAC)_[E3B8D2CA].mkv |
| 01/30/2013 | The Ultimate Fighter S17E01 22nd Jan 2013 HDTV x264-Sir Paul |
| 01/26/2013 | Afrojack and Bobby Burns - Jacked 062 (2012-12-29) (Best of 2012) 320 kbps Split Tracks |
| 01/25/2013 | American.Idol.S12E04.HDTV.x264-2HD.mp4 |
| 01/25/2013 | 11th Hour - James Patterson (2012 - epubmobi) |
| 01/25/2013 | Skyfall.2012.DVDRip.XviD-SPARKS |
| 01/25/2013 | Justin Bieber Believe-My Worlds Acoustic 2013 2CD [aSBo] |
| 01/24/2013 | Kimberly Kane - Take This Dick In Your Ass HD 720p |
| 01/24/2013 | Argo.2012.DVDSCR.XviD-WTF |
| 01/24/2013 | Life.of.Pi.2012.DVDSCR |
| 01/23/2013 | Annihilators Earthfall |
| 01/22/2013 | Fringe S05E13 HDTV XviD-3LT0N[ettv] |
| 01/22/2013 | x-art_angelica_a_little_rain_must_fall_1080.wmv |
| 01/22/2013 | Star.Wars.The.Clone.Wars.S05E14.HDTV.x264-SYS.mp4 |
| 01/22/2013 | Californication.S06E01.HDTV.x264-EVOLVE.mp4 |
| 01/22/2013 | Playboy - Christi Shake HD 1080p |
| 01/22/2013 | UFC.On.FX.7.Belfort.vs.Bisping[X264][400P][MP4][Secludedly] |
| 01/22/2013 | (travel-USA) California escapes - The official guide to state parks.pdf |
| 01/22/2013 | 02 Annihilation Conquest |
| 01/22/2013 | Californication.S06E02.HDTV.XviD-AFG |
| 01/21/2013 | Modern.Family.S04E12.HDTV.x264-LOL.mp4 |
| 01/21/2013 | Playboy - Cassandra Dawn HD 1080p |
| 01/21/2013 | Holly.Michaels.Caught.Red.Handed.PassionHD.2013.FullHD_iyutero.com.mpg |
| 01/21/2013 | American.Horror.Story.S02E11.HDTV.x264-LOL.[VTV].mp4 |
| 01/17/2013 | Silver Linings Playbook 2012 DVDSCR XviD-FLEA (SilverTorrent) |
| 01/17/2013 | Beasts.Of.The.Southern.Wild.2012.LIMITED.DVDRip.XviD-SPARKS |
| 01/16/2013 | angels |
| 01/16/2013 | Passion-HD - Shared Passion - Holly Michaels, Natalia Starr.mp4 |
| 01/16/2013 | [ www.Torrenting.com ] - Django Unchained[2012]DVD Screener-ETRG |
| 01/16/2013 | x-art_baby_want_you_1080-chkm8te.mov |
| 01/15/2013 | Hitchcock.2012.DVDSCR.XviD-NYDIC |
| 01/15/2013 | The Impossible 2012 DVDSCR XViD TiCKLE TiME |
| 01/15/2013 | American.Horror.Story.S02E09.HDTV.x264-LOL.[VTV].mp4 |

EXHIBIT C

NIL53

| Hit Date UTC | Filename |
|---|---|
| 01/14/2013 | The League FX SEASON 2 HD 720p MKV DD 5.1 AAC 2.0 |
| 01/05/2013 | Zero.Dark.Thirty.2012.DVDSCR.XViD-TiCKLE.TiME |
| 01/04/2013 | NBA.Street.Homecourt.PAL.XBOX360-DNL |
| 01/04/2013 | Angie.Morning.Desires.XArt.2012.FullHD_iyutero.com.wmv |
| 01/04/2013 | UFC.155.dos.Santos.vs.Velasquez.II.Prelims[X264][480P][MP4][Secludedly] |
| 01/04/2013 | UFC.155.Dos.Santos.vs.Velasquez.29th.Dec.2012.HDTV.x264-Sir.Paul |
| 01/03/2013 | Joymii – Evi and Presley |
| 12/31/2012 | Grupo.7.2012.720p.BluRay.x264.DTS-HDChina |
| 12/31/2012 | Dredd[2012]BRRip XviD-ETRG |
| 12/31/2012 | [ www.UsaBit.com ] - Lincoln 2012 DVDSCR XviD-HELLRAZ0R |
| 12/31/2012 | Killing.Them.Softly.2012.DVDRip.XviD.AC3-nLiBRA |
| 12/31/2012 | Fringe.S05E10.HDTV.x264-LOL.mp4 |
| 12/31/2012 | Reel.Evil.2012.DVDRip.XviD-PTpOWeR |
| 12/31/2012 | The.Possession.2012.DVDRiP.XViD-PSiG |
| 12/31/2012 | This Is 40 2012 DVD Screener Xvid UnKnOwN |
| 12/30/2012 | Jojo's Bizarre Adventure - 11 - VOSTFR.mkv |
| 12/30/2012 | Charlotte - Red Latex Catsuit.mp4 |
| 12/30/2012 | x-art_baby_together_again_1080.mp4 |
| 12/30/2012 | Playboy – Tania Funes HD 1080p |
| 12/27/2012 | PlayboyPlus.12.11.06.Anna.Andelise.New.Experinces.XXX.1080p.MP4-VSEX[rbg] |
| 12/27/2012 | x-art_beata_a_girls_fantasy_720.mov |
| 12/27/2012 | Emily Addison – Emilys Secret HD 1080p |
| 12/26/2012 | [ www.TorrentDay.com ] - The.League.S04E12.480p.HDTV.x264-mSD |
| 12/26/2012 | Audrey.Andelise.Love.Haven.Plus.Playboy.2012.FullHD_iyutero.com.mp4 |
| 12/26/2012 | !! WAR-Osprey Campaign 007_Alexander 334-323 BC.pdf |
| 12/25/2012 | Knife Party vs Skrillex - Bangarang Friends (George Monev Bootleg).mp3 |
| 12/25/2012 | X-Art - A Girls Fantasy - Beatrice [1080p].mov |
| 12/25/2012 | [ www.TorrentDay.com ] - The.League.S04E13.HDTV.x264-LOL |
| 12/19/2012 | VA - Ministry of Sound - The Annual 2013 (US)-dac1949 |
| 12/19/2012 | Playboy – Mandie Sue HD 1080p |
| 12/19/2012 | Brett.Rossi.Its.Sexy.Sweater.Season.Twistys.2012.HD_iyutero.com.mp4 |
| 12/19/2012 | X-Art  Unforgettable View Part II  Addison |
| 12/19/2012 | Will.I.Am feat. Britney Spears - Scream and Shout (Instrumental).mp3 |
| 12/19/2012 | Playboy – Adriana Lynn HD 1080p |
| 12/18/2012 | x-art_ivana_miss_me_not_1080.mov |
| 12/18/2012 | The.Simpsons.S24E08.HDTV.x264-LOL.[VTV].mp4 |
| 12/18/2012 | Dirty Diary_original.wmv |
| 12/18/2012 | UFC.on.FOX.5.HDTV.x264-EVOLVE |
| 12/18/2012 | The.League.S04E11.HDTV.x264-LOL.mp4 |
| 12/18/2012 | Don't Stop the Party (feat. TJR) DL |
| 12/17/2012 | 2ChicksSameTime - Breanne Benson and Tasha Reign (Threesome).mp4 |

EXHIBIT C

NIL53

| Hit Date UTC | Filename |
|---|---|
| 12/17/2012 | Practical Photoshop Magazine Full Year Collection 2012 (UK) [azizex666] |
| 12/17/2012 | Digital Camera World – January 2013 |
| 12/17/2012 | Star.Wars.The.Clone.Wars.S05E11.HDTV.x264-2HD.mp4 |
| 12/17/2012 | Nuts Magazine UK 14 December 2012 [azizex666] |
| 12/14/2012 | Merry XXXmas_original.wmv |
| 12/13/2012 | The.Simpsons.S24E07.HDTV.XviD-AFG |
| 12/11/2012 | [Rage]_Fairy_Tail_-_02[76592FD2].mkv |
| 12/11/2012 | prnfle880x.avi |
| 12/10/2012 | [ www.TorrentDay.com ] - Star.Wars.The.Clone.Wars.S05E11.A.Sunny.Day.in.the.Void.480p.WEB-DL.x264-mSD |
| 12/09/2012 | Playboy – Jenni Lynn HD 1080p |
| 12/09/2012 | Fringe S05E08 HDTV XviD-FNM[ettv] |
| 12/09/2012 | The.League.S04E09.HDTV.x264-LOL.mp4 |
| 12/09/2012 | American.Horror.Story.S02E08.HDTV.x264-LOL.[VTV].mp4 |
| 12/08/2012 | The.League.S04E08.HDTV.x264-LOL.mp4 |
| 12/07/2012 | Far.Cry.3.XBOX360-COMPLEx |
| 12/07/2012 | Photoshop User – December 2012 |
| 12/06/2012 | Digital Photo Pro – December 2012 |
| 12/06/2012 | N-Photo The Nikon Magazine – December 2012 |
| 12/06/2012 | Day Dreaming_950.mp4 |
| 12/02/2012 | The Deep End_950.mp4 |
| 12/01/2012 | Revolution.2012.S01E10.HDTV.x264-LOL |
| 12/01/2012 | Battlestar.Galactica.Blood.and.Chrome.7-10.720p.WEB-Rip.x264-h65.mkv |
| 12/01/2012 | Modern.Family.S04E09.HDTV.x264-LOL.mp4 |
| 12/01/2012 | [ www.TorrentDay.com ] - The.Amazing.Race.S21E09.480p.HDTV.x264-mSD |
| 12/01/2012 | prnfle956x.mov |
| 12/01/2012 | Nikita.S03E05.HDTV.x264-LOL.[VTV].mp4 |
| 12/01/2012 | The.Ultimate.Fighter.S16E08.HDTV.x264-aAF.mp4 |
| 12/01/2012 | Family.Guy.S05E08.PDTV.XviD-LOL |
| 12/01/2012 | The Walking Dead S03E07 Season 3 Episode 7 HDTV x264 [GlowGaze] |
| 12/01/2012 | Battlestar.Galactica.Blood.And.Chrome.S01E07.WEB-DL.XviD-AVIGUY.avi |
| 12/01/2012 | [ www.TorrentDay.com ] - The.Amazing.Race.S21E09.HDTV.XviD-AFG |
| 12/01/2012 | The.Simpsons.S24E06.HDTV.x264-LOL.mp4 |
| 12/01/2012 | !! (eBook) Illuminati – Mind Control (DID-MPD.child.abuse.torture.satanism.lsd.cia.ufo 748pg).pdf |
| 11/30/2012 | www.torrent.to...Ibiza House At Sunrise Vol.4 (2012) |
| 11/30/2012 | Aubrey and Mia – Erotic Fitness HD 720p |
| 11/30/2012 | Oscar Peterson Blues Etude 1965-66 |
| 11/30/2012 | Beastly.2011.BDRip.ORiGiNAL.HDT.avi |
| 11/30/2012 | X-Art – Heart And Soul – Connie [1080p].mov |
| 11/30/2012 | Playboy – Hunter Mccloud HD 1080p |
| 11/30/2012 | Red Dwarf S01E01 The End (WerX) |

EXHIBIT C

NIL53

| Hit Date UTC | Filename |
|---|---|
| 11/30/2012 | [Playboy] 2012-10-05 Nicole Sjoberg - Northern Babe.mp4 |
| 11/26/2012 | Public Sex-Everything is allowed 2009 RUs Pite |
| 11/26/2012 | Nikita.S03E04.HDTV.x264-LOL.[VTV].mp4 |
| 11/26/2012 | American.Horror.Story.S02E06.HDTV.x264-LOL.[VTV].mp4 |
| 11/26/2012 | Star.Wars.The.Clone.Wars.S05E09.HDTV.x264-2HD.mp4 |
| 11/25/2012 | Laura Christie - Maple Sweet HD 1080p |
| 11/25/2012 | Playboy - Jennifer Vaughn HD 1080p |
| 11/25/2012 | Playboy - Vanity Cruz HD 1080p |
| 11/21/2012 | Playboy - Audrey Andelise HD 1080p |
| 11/21/2012 | Playboy - Kety K HD 1080p |
| 11/21/2012 | Star.Wars.The.Clone.Wars.S05E08.HDTV.x264-2HD.mp4 |
| 11/21/2012 | prnfle737x.mp4 |
| 11/21/2012 | X-Art - Carmen-Cristalina.mov |
| 11/20/2012 | Samantha Saint - Uptown Pussy HD 720p |
| 11/20/2012 | Playboy - Gwen Barker HD 1080p |
| 11/20/2012 | The Amazing Race S21E08 HDTV x264-LOL[ettv] |
| 11/20/2012 | Playboy - Nicolette Novak HD 1080p |
| 11/20/2012 | Babes.12.08.30.Amber.Sym.Ambers.Game.XXX.1080p.MP4-KTR[rbg] |
| 11/19/2012 | prnfle912x.mov |
| 11/19/2012 | X Art - Susie HD 720p |
| 11/19/2012 | X-Art - Caprice-Backdoor Lover.mov |
| 11/19/2012 | steppenwolf |
| 11/19/2012 | X-Art - Caprice-Fucking Perfection.mov |
| 11/19/2012 | ktr.xart.12.11.13.ivy.lovers.quarrel.mov |
| 11/19/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 11/18/2012 | UFC.154.Prelims.On.FX[H264][720p][60FPS][Secludedly] |
| 11/18/2012 | The.Ultimate.Fighter.S16E09.HDTV.x264-KYR.mp4 |
| 11/18/2012 | [ www.TorrentDay.com ] - UFC.154.Preliminary.Fights.HDTV.x264-KYR |
| 11/18/2012 | World_Crisis_Radio_Webster_Tarpley_2012_10_27 |
| 11/18/2012 | Star.Wars.The.Clone.Wars.S05E07.HDTV.x264-2HD.mp4 |
| 11/18/2012 | The.Walking.Dead.S03E05.HDTV.x264-2HD.[VTV].mp4 |
| 11/18/2012 | Fringe.S05E06.HDTV.x264-LOL |
| 11/18/2012 | UFC Primetime  St-Pierre vs. Condit - Episode 2 - YouTube.flv |

EXHIBIT C

NIL53