**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 24.15.167.84,

        Defendant.

Civil Action No. 1:13-cv-02612

Judge John J. Tharp, Jr.

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 24.15.167.84. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 28, 2013

    Respectfully submitted,

    By: \_\_\_\_/s/ *Mary K. Schulz*_____
    Mary K. Schulz
    Schulz Law, P.C.
    1144 E. State Street, Suite A260

                                                Geneva, IL 60134
                                                Phone: 224-535-9510
                                                Email: SchulzLaw@me.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By: /s/ *Mary K. Schulz*_____
                                                Mary K. Schulz